SAO
**BRIAN K. HARRIS, ESQ.**
Nevada Bar No. 7737
**CHRISTIAN N. GRIFFIN, ESQ.**
Nevada Bar No. 10601
**HARRIS & HARRIS INJURY LAWYERS**
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134-6371
702.880.4529 - Telephone
702.880.4528 - Facsimile
Brian@harrislawyers.com
Christian@harrislawyers.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| SANDRA SCAMMAN | Case No. 2:21-cv-02189-APG-NJK |
| Plaintiff, | |
| vs. | |
| GEICO CASUALTY COMPANY; DOES 1 through 10; ROE CORPORATIONS 11-20, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER FOR EXTENSION OF RESPONSES TO DEFENDANT GEICO'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

The above parties, by and through their respective counsel of record, hereby submit the following **STIPULATION FOR EXTENSION OF RESPONSES TO DEFENDANT GEICO'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT.**

The parties are discussing possible alternative resolutions and would like to take time to explore further discussions before expending party and court resources.

. . . .

. . . .

. . . .

*2:21-cv-02189-APG-NJK*
*05.25.16 MVA*

Accordingly, the parties request a sixteen (16) day extension of the current response deadlines as follows:

**PROPOSED BRIEFING:**

Plaintiff's Response : January 19, 2022

Defendant's Reply : January 26, 2022

DATED this **3rd** day of January, 2022

| HARRIS & HARRIS | McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH, LLP |
|---|---|
| *ELECTRONIC SIGNATURE APPROVED* By: /c/ *CHRISTIAN N. GRIFFIN* **BRIAN K. HARRIS, ESQ.** Nevada Bar No. 7737 **CHRISTIAN N. GRIFFIN, ESQ.** Nevada Bar No. 10601 1645 Village Center Circle, Suite 60 Las Vegas, Nevada 89134-6371 702.880.4529 - Telephone 702.880.4528 - Facsimile *Attorneys for Plaintiffs* | *ELECTRONIC SIGNATURE APPROVED* By /s/ *JONATHAN W. CARLSON* **JONATHAN W. CARLSON, ESQ.** Nevada Bar No. 10536 **FRANK A TODDRE, ESQ.** Nevada Bar No. 11474 8337 W. Sunset Road, Suite 350 Las Vegas, Nevada 89113 702.949.1100 - Telephone 702.949.1101 - Facsimile *Attorneys for Defendant* |

**IT IS SO ORDERED**.

_____
**UNITED STATES DISTRICT JUDGE**

DATED:  January 4, 2022

-2-